A13A0444. WALKER v. THE STATE.
(767 SE2d 46)

ELLINGTON, Presiding Judge.

A Houston County jury found Ernest Walker guilty beyond a reasonable doubt of possession of cocaine with intent to distribute and obstruction of a law enforcement officer. Walker appealed to this court, and we reversed in *Walker v. State,* 323 Ga. App. 558 (747 SE2d 51) (2013). The Supreme Court of Georgia granted certiorari and reversed our decision. *State v. Walker,* 295 Ga. 888 (764 SE2d 804) (2014). Accordingly, our decision is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the lower court's judgment is affirmed.

*Judgment affirmed. Phipps, C. J., and Branch, J., concur.*

DECIDED DECEMBER 12, 2014.

*Angela M. Coggins,* for appellant.

*George H. Hartwig III, District Attorney, Daniel P. Bibler, Daryl E. Manns, Assistant District Attorneys,* for appellee.